**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: THE ESTATE OF RONALD MARK : No. 24 WAL 2017
ORENAK :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
PETITION OF: ANN L. ORENAK, AS :
EXECUTRIX OF THE ESTATE OF :
RONALD MARK ORENAK :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal is

**DENIED**.